# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:95-cr-317-T-26TGW

STEVEN J. SMITH
#18863-018
_____/

# O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case together with Defendant's submissions, it is **ORDERED AND ADJUDGED** that Defendant's Motion Requesting for Order of Immediate Release or Time Served (Dkt. 250) is denied because Defendant has failed to demonstrate that he has exhausted his administrative remedies with the Bureau of Prisons. See Hicks v. Jordan, 165 F. App'x 797 (11th Cir. 2006) (unpublished).

**DONE AND ORDERED** at Tampa, Florida, on March 6, 2018.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Defendant, *pro se*